**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CALVIN CROWE, | ) | NO. CV 12-5299-RGK (AS) |
| Petitioner, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS** |
| CONNIE GIPSON, Warden, | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | ) | |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered denying and dismissing the claims of actual innocence based on mental illness and ineffective assistance of counsel for failing to present a defense based on mental illness with prejudice, and dismissing the claims of ineffective assistance of counsel asserted in the Supplemental Claim without prejudice.

///

///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2  the Magistrate Judge's Report and Recommendation and the Judgment
3  herein on counsel for Petitioner and counsel for Respondent.

5       LET JUDGMENT BE ENTERED ACCORDINGLY.

7       DATED: May 7, 2014

```
                              _____
                                   R. GARY KLAUSNER
                              UNITED STATES DISTRICT JUDGE
```