**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CALVIN CROWE, | ) | NO. CV 12-5299 RGK (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| CONNIE GIPSON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge.

IT IS ADJUDGED that the claims set forth in the Petition are denied and dismissed with prejudice and that the claims asserted in the Supplemental Claim are dismissed without prejudice.

DATED: May 7, 2014

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE